PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 1:23-CR-618 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| RAYMOND BETTS, ) | |
| ) | |
| Defendant. ) | **NOTICE OF SENTENCING** |

**TAKE NOTICE** that the above captioned matter is set for Sentencing on **March 19, 2024 at 1:30 p.m.** before the Honorable Benita Y. Pearson, Courtroom 351, Thomas D. Lambros United States Court House, 125 Market Street, Youngstown, Ohio.

Pursuant to Local Criminal Rule 32.2(c), the parties shall, no later than seven (7) days prior to sentencing, file with the Court any information required by the Court and any information the parties intend to rely upon at the time of sentencing. Copies of any sentencing memorandum filed by any party shall be contemporaneously served upon all other parties and upon the U.S. Pretrial Services and Probation Officer. If such a memorandum is filed, a response may be filed no later than 3 days prior to sentencing. Parties shall inform opposing counsel of any motions to be made pursuant to 18 U.S.C. § 3553(e) or U.S.S.C. §5K1.1 no later than three (3) days prior to sentencing. Parties are not, however, required to file such motions in advance of sentencing. The motions can be made orally, at sentencing. Sentencing memoranda shall not

(1:23-CR-618)

include objections to the presentence report, which shall be filed as required by Rule 32(f) of the Federal Rules of Criminal Procedure. No other memoranda or motions pertaining to sentencing shall be filed without leave of Court.

     If a continuance of the sentencing is needed, a written motion to continue must be filed. Counsel are instructed to confer and agree on at least three proposed dates and include them in the motion for continuance.

     **Counsel are cautioned that they are not permitted to disclose, distribute, and/or transmit Defendant's confidential Presentence Investigation Report, Initial or Final Disclosure, without prior written permission from the Court.**

                                   SANDY OPACICH, Clerk of Court

   January 4, 2024                       By:  *s/ Judy L. Guyer*
Date                                      Judy L. Guyer, Courtroom Deputy
                                             (330) 884-7433